981 So.2d 1222 (2008)
Maurice CARMICHAEL, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-1436.
District Court of Appeal of Florida, Third District.
April 30, 2008.
Rehearing and Rehearing Denied June 12, 2008.
Maurice Carmichael, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, C.J., and WELLS and SALTER, JJ.
Rehearing and Rehearing En Banc Denied June 12, 2008.
PER CURIAM.
Affirmed. See Ibar v. State, 938 So.2d 451, 471 (Fla.2006).